UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund</u>

Debtor:   KOLBINGER, Kenneth A. & Marlys N.

Chapter 7 Case No.   10-42752 NCD

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CONNEXUS ENERGY<br>PO BOX 1808<br>MINNEAPOLIS, MN 55480 | 4 | $364.90 | $ 4.79 |

Date:   3/17/2011

J. Richard Stermer,   Trustee